417 A.2d 793

Commonwealth v. Prince, Appellant.

Submitted December 8, 1978.  Elias B. Landau, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.